UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREG EUGENE SPARROW,

               Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

               Defendant.

_____/

Case No. 15-11397

Paul D. Borman
United States District Judge

Patricia T. Morris
United States Magistrate Judge

OPINION AND ORDER:
(1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF NO. 14);
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 11);
AND (3) GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 12)

On March 30, 2016, Magistrate Judge Patricia T. Morris issued a Report and Recommendation addressing the outstanding motions in this action. (ECF No. 14). In the Report and Recommendation, the Magistrate Judge recommends that this Court deny Plaintiff's motion for summary judgment (ECF No. 11) and grant Defendant's motion for summary judgment (ECF No. 12). Having reviewed the Report and Recommendation and there being no timely objections filed to the report pursuant to 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court will adopt the Magistrate Judge's Report and Recommendation.

Therefore, the Court ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 14), GRANTS Defendant Commissioner's Motion for Summary Judgment (ECF No. 12), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 11), and DISMISSES this action with PREJUDICE.

IT IS SO ORDERED.


s/Paul D. Borman                                    
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 26, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 26, 2016.


s/Deborah Tofil                                    
Case Manager

2